IN THE UNITED STATES BANKRUPTCY COURT
For the NORTHERN DISTRICT of CALIFORNIA
OAKLAND DIVISION

In re:  
Eustaquio Lazaro

Debtor(s)

Chapter: 13  
Case Number: 11-48240-EDJ  
Assigned to the Honorable:  
Edward D. Jellen

REQUEST FOR SPECIAL NOTICE  
[NO Hearing Required]

TO THE CLERK:

The undersigned attorneys for:  
HSBC BANK NEVADA, N.A.  
GUITAR CENTER

a creditor of the above referenced debtor.

Pursuant to the provisions of the Bankruptcy Code and Bankruptcy Rule 2002:

REQUEST IS HEREBY MADE that HSBC BANK NEVADA, N.A. be given and served with all notices given or required to be given in the case as follows:

HSBC BANK NEVADA, N.A.  
Bass & Associates, P.C.  
3936 E. Ft. Lowell Road, Suite #200  
Tucson, AZ 85712

Accordingly, the undersigned attorney further requests that the foregoing name and address be added to the Master Mailing List.

Dated: 08/17/11  
Account Number: ************6016

Respectfully submitted,  
Bass & Associates, P.C.

By: /s/ Patti H. Bass (AZ 016849)  
Attorneys for Creditor  
HSBC BANK NEVADA, N.A.  
3936 E Ft Lowell Rd Suite 200  
Tucson, AZ 85712-1083  
(520) 577-1544  
ecf@bass-associates.com